UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MARIO JIMENEZ, | ) | No. ED CV 14-417-AG (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| UPLAND POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: February 28, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE